# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Juan Santiago Rivera, et al.

v.                                           CIVIL CASE: 01-2658 (JAF)

Agustin Cartagena, et al.

RECEIVED & FILED
03 MAY 15 PM 1:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

| Date: 5/6/03 | Docket #: 32 | MOTION by All Plaintiffs [to Amend [24-1] pre-trial order by announcing Jose Vazquez as treating physician and not as expert] |
|---|---|---|
| By: Plaintiffs | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: To be passed upon at trial

5/14/03
Date

Jose A. Fuste
United States District Judge

37