# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



Juan Santiago Rivera

VS.

Agustín Cartagena, et als.

CIVIL NO. 01-2658 (JAF)

RECEIVED & FILED
03 MAY 29 AM 8:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

Case settled after trial started. Plaintiff will be reinstated to his rank of Lt. at the Fire Dept effective Tomorrow with back pay, less 45 days. He will be assigned duties in good faith. Court to retain jurisdiction to enforce settlement. Case dismissed.

5/19/03
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

47